**Fill in this information to identify the case:**

Debtor name   **Cypress Urgent Care, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13089**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■  Amended *Schedule*    **20 Largest Unsecured Creditors & Mailing**

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 25, 2017**         X  **/s/ Dr. Robert C. Amster**
                                               Signature of individual signing on behalf of debtor

                                               **Dr. Robert C. Amster**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cypress Urgent Care, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:17-bk-13089** |

☑ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders - FIRST AMENDED

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Access Medical Management 2325 W. Victory Blvd., Ste. 1 Burbank, CA 91506** | | **Business Debt** | | | | **$58,569.10** |
| **Adams, Evens & Ross, Inc. For the Benefit of All Star #254 37460 Sixes Road, Suite 126 Canton, GA 30114** | | **Business Debt** | | | | **$35,159.80** |
| **Alejandrina Garcia 7922 Orangewood Avenue Stanton, CA 90680** | | **Unpaid wages/salary** | | | | **$2,300.89** |
| **Brandice R. Gomez 1521 East Canfield Lane, #17 Anaheim, CA 92808** | | **Unpaid wages/salary** | | | | **$1,987.20** |
| **Continental Maintenance, Inc. 13318 Mapledale Street Norwalk, CA 90650** | | **Business Debt** | | | | **$3,945.00** |
| **Gene M. Montealegre 2895 Baltic Avenue Long Beach, CA 90810** | | **Unpaid wages/salary** | | | | **$1,799.10** |
| **Hall & Company 111 Pacifica, Ste. 300 Irvine, CA 92618** | | **Business Debt** | | | | **$2,750.00** |
| **Jennifer Amster 822 E. Lomita Avenue Orange, CA 92867** | | **Unpaid wages/salary** | | | | **$1,758.20** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Cypress Urgent Care, Inc.** | | Case number *(if known)* | **8:17-bk-13089** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Juan Pardo 1244 East Romneya Drive Anaheim, CA 92805 | | Unpaid wages/salary | | | | $2,685.12 |
| Katherine Oh 18903 Alfred Avenue Cerritos, CA 90703 | | Unpaid wages/salary | | | | $1,891.29 |
| Kendall & Davis 3668 S. Geyer Road, Suite 100 Saint Louis, MO 63127 | | Business Debt | | | | $9,000.00 |
| Kirsten Fick 8 Malaquita Coto De Caza, CA 92679 | | Unpaid wages/salary | | | | $1,608.05 |
| Medline Dept. LA 21558 Pasadena, CA 91185 | | Business Debt | | | | $8,058.63 |
| Natasha Oliver 1805 Termino Avenue, #3201 Long Beach, CA 90815 | | Unpaid wages/salary | | | | $2,426.86 |
| Provider Healthcare, LLC 4252 South Highland Drive Suite 104 Salt Lake City, UT 84124 | | Business Debt | | | | $60,174.56 |
| PSS World Medical, Inc. P.O. Box 749499 Los Angeles, CA 90074-9499 | | Business Debt | | | | $5,856.39 |
| The New Answernet 4778 Dewey Drive Fair Oaks, CA 95628-4401 | | Business Debt | | | | $1,658.05 |
| Warland Investments Company Attn: Carl W. Robertson John C. Law, Co-Managing Directors 1299 Ocean Avenue, Suite 300 Santa Monica, CA 90401 | | Past Due Rent | | | | $8,887.78 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor  **Cypress Urgent Care, Inc.**
Name

Case number *(if known)*    **8:17-bk-13089**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Whitaker Medical, LLC File 50834 Los Angeles, CA 90074** | | **Business Debt** | | | | $11,911.25 |
| **Xerox Corporation P.O. Box 650361 Dallas, TX 75265-0361** | | **Business Debt** | | | | $4,056.33 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**In re Hoag Urgent Care - Anaheim Hills, Inc., Case No. 8:17-bk-13080-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Huntington Harbour, Inc., Case No. 8:17-bk-13078-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Orange, Inc., Case No. 8:17-bk-13079-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Tustin, Inc., Case No. 8:17-bk-13077-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Laguna Dana Urgent Care Inc., Case No. 8:17-bk-13090-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Tustin, California** , California.

Date:  **August 25, 2017**

**/s/ Dr. Robert C. Amster**
**Dr. Robert C. Amster**
Signature of Debtor


Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name   **Cypress Urgent Care, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13089**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $     634,642.60

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................   $     634,642.60

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     1,509,753.73

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     22,195.61

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$     215,778.76

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b     $     1,747,728.10

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cypress Urgent Care, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13089**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$100.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific Enterprise Bank** | **Checking Account** | **8777** | **$35,224.19** |
| 3.2. | **Opus Bank** | **Checking Account** | **7881** | **$13,018.44** |
| 3.3. | **Pacific Enterprise Bank** | **Checking Account** | **8769** | **$9,626.69** |
| 3.4. | **Union Bank** | **Checking Account (Receiver's Account)** | **2719** | **$20,000.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                        **$77,969.32**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **Cypress Urgent Care, Inc.** | Case number *(If known)*  **8:17-bk-13089** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.  **Security Deposit for Office Rent** _____    $11,520.00

---

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**    **Total of Part 2.**                                                    | $11,520.00 |
Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

    11a. 90 days old or less:    **345,796.40**    -    **0.00**    = ....    **$345,796.40**
    _____          _____
    face amount                       doubtful or uncollectible accounts

    11b. Over 90 days old:    **157,981.88**    -    **0.00**    =....    **$157,981.88**
    _____          _____
    face amount                       doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                | $503,778.28 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**    **Raw materials** | | | | |
| **20.**    **Work in progress** | | | | |
| **21.**    **Finished goods, including goods held for resale** | | | | |
| **22.**    **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Cypress Urgent Care, Inc.** | | Case number *(If known)* **8:17-bk-13089** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **Various Medical, Drug, and Office Supplies** | 07/31/2017 | **Unknown** | **Comparable sale** | **$20,000.00** |

---

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| |
|---|
| **$20,000.00** |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value     **2570**   Valuation method _____   Current Value   **1500**

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** | **Office furniture** **1 Pioneer TV and Speakers** | **$0.00** | **Comparable sale** | **$450.00** |
| | **Miscellaneous Desks, File Cabinets, Magazine Rack, Office Furnishings, Chairs, Tables, Breakroom Equipment, Lamps, Bookcases, Reception Furniture, Frames, Decorative Items, etc.** | **$0.00** | **Comparable sale** | **$1,350.00** |
| **40.** | **Office fixtures** **1 Building Sign** | **$0.00** | **Comparable sale** | **$450.00** |
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** **Miscellaneous Computers, Computers Equipment, Printer(s), Scanner(s), Computer Software(s), Telephone(s), and Telephone System(s).** | **Unknown** | **Comparable sale** | **$1,665.00** |
| | **1 CR System for Printing X -Rays (Fuji, FCR** | **$0.00** | **Comparable sale** | **$5,000.00** |

Debtor    **Cypress Urgent Care, Inc.**                    Case number *(If known)* **8:17-bk-13089**
          Name

**Capsula XL II)**

| | | | |
|---|---|---|---|
| **2 High / Low Exam Tables (Brewer, Access High / Low Exam Table)** | $0.00 | Comparable sale | $500.00 |
| **2 Exam Room Stretchers (Midmark, 535)** | $0.00 | Comparable sale | $350.00 |
| **1 Autoclave (Midmark, M11 Autoclave)** | $0.00 | Comparable sale | $100.00 |
| **2 Hanging Examination Lights  - Single (Midmark, Ritter 355 -028)** | $0.00 | Comparable sale | $500.00 |
| **1 X-Ray Table System (GE X-Ray, X -Ray RAD Table System)** | $0.00 | Comparable sale | $8,000.00 |
| **5 Otoscope / Opthalmoscope Systems (Welch Allyn, 76710)** | $0.00 | Comparable sale | $500.00 |
| **1 Baby Scale (Tanita, Baby Scale)** | $0.00 | Comparable sale | $50.00 |
| **1 Eye Examination Station with Power Table (Top Con, SL -1E; PS11A Power Supply)** | $0.00 | Comparable sale | $850.00 |
| **3 Stationary Exam Room Tables (Brewer, Stationary Exam Room Table)** | $0.00 | Comparable sale | $250.00 |
| **1 Urine Analyzer (Welch Allyn, 120 Urine Analyzer)** | $0.00 | Comparable sale | $25.00 |
| **1 Vitals Monitor with Stand (Welch Allyn, Vitals Monitor with Stand)** | $0.00 | Comparable sale | $100.00 |
| **1 High / Low Exam Table (Brewer, High / Low Exam Table / Chair)** | $0.00 | Comparable sale | $100.00 |
| **1 Portable Defibrillator (AED) (Cardiac Science, Portable Powerheart AED G3)** | $0.00 | Comparable sale | $150.00 |
| **1 Digital Scale (Health-o-Meter, Digital Scale)** | $0.00 | Comparable sale | $25.00 |
| **1 ECG Monitoring System with Stand & Table (Welch Allyn, ECG Monitoring System)** | $0.00 | Comparable sale | $100.00 |
| **1 Refrigerator** | $0.00 | Comparable sale | $180.00 |
| **1 Washer / Dryer Pair** | $0.00 | Comparable sale | $180.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Cypress Urgent Care, Inc. | Case number *(If known)* | 8:17-bk-13089 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Other Miscellaneous Medical Equipment | $0.00 | Comparable sale | $500.00 |
| Copier Machine | Unknown | Comparable sale | Unknown |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$21,375.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** Customers List | Unknown | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Cypress Urgent Care, Inc.** | Case number *(If known)* **8:17-bk-13089** |
|---|---|---|
| | Name | |

**66.   Total of Part 10.**                                                                                                      | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No
■ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** | **Interests in insurance policies or annuities** | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** | **Trusts, equitable or future interests in property** | |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**The Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.  In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the respective Schedules B and F will be amended, as necessary and appropriate.** | **Unknown** |

**78.   Total of Part 11.**                                                                                                      | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor     **Cypress Urgent Care, Inc.**
                Name

Case number *(If known)*  **8:17-bk-13089**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $77,969.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,520.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $503,778.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,375.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $634,642.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $634,642.60 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **Cypress Urgent Care, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:17-bk-13089**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **Balboa Capital**<br>Creditor's Name<br><br>**575 Anton Blvd, 12th Floor<br>Costa Mesa, CA 92626**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Copier Machine**<br><br>Describe the lien<br>**Non-Purchase Money Security** | **Unknown** | **Unknown** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 **Opus Bank**<br>Creditor's Name<br>**19900 MacArthur Boulevard<br>12th Floor<br>Irvine, CA 92612**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All inventory, equipment, accounts, chattel paper, instruments - UCC-1 (Doc. No. 13-7380725420)**<br><br>Describe the lien<br>**Non-Purchase Money Security** | **$1,313,778.15** | **Unknown** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**September 2013**

**Last 4 digits of account number**
**0180**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cypress Urgent Care, Inc.** | Case number (if know) | **8:17-bk-13089** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Opus Bank** | Describe debtor's property that is subject to a lien | **$195,975.58** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**19900 MacArthur
Boulevard,
12th Floor
Irvine, CA 92612**

Creditor's mailing address

**All inventory, equipment, accounts, chattel
paper, instruments - UCC-1 (Doc. No.
13-7380725420)**

Describe the lien
**Line of Credit**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**September 2013**

**Last 4 digits of account number**
**0182**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **U.S. Bancorp** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1550 American Blvd. E
Suite 450
Minneapolis, MN 55425**

Creditor's mailing address

**Scanners, Desktop PCs,  Tablet PCs, 1 X-Ray
System, Servers and Back-up Drive(s)**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**September 2009**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,509,753.7
3** |
|---|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Cypress Urgent Care, Inc.** | | Case number *(if know)* | **8:17-bk-13089** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Buchalter, a Prof. Corporation**<br>**Attention: Barry A. Smith**<br>**1000 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90017-2457** | Line __2.2__ | |
| **Buchalter, a Prof. Corporation**<br>**Attention: Barry A. Smith**<br>**1000 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90017-2457** | Line __2.3__ | |
| **Newport Healthcare Center LLC**<br>**Attention: Sandy Smith**<br>**One Hoag Drive**<br>**P.O. Box 6100**<br>**Newport Beach, CA 92658-6100** | Line __2.2__ | |
| **Newport Healthcare Center LLC**<br>**Attention: Sandy Smith**<br>**One Hoag Drive**<br>**P.O. Box 6100**<br>**Newport Beach, CA 92658-6100** | Line __2.3__ | |
| **Nicastro & Associates, P.C.**<br>**2 Park Plaza, Suite 650**<br>**Irvine, CA 92614** | Line __2.2__ | |
| **Nicastro & Associates, P.C.**<br>**2 Park Plaza, Suite 650**<br>**Irvine, CA 92614** | Line __2.3__ | |
| **Opus Bank**<br>**Attention: Barry Smith**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | Line __2.2__ | |
| **Opus Bank**<br>**Attention: Barry Smith**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | Line __2.3__ | |
| **Pacific Enterprise Bank**<br>**17748 Skypark Circle, #100**<br>**Irvine, CA 92614** | Line __2.2__ | 3600 |
| **Pacific Enterprise Bank**<br>**17748 Skypark Circle, #100**<br>**Irvine, CA 92614** | Line __2.3__ | 3600 |
| **St. Joseph Health System**<br>**Attention: Tara Cowell, Esq.**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** | Line __2.2__ | |
| **St. Joseph Health System**<br>**Attention: Tara Cowell, Esq.**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** | Line __2.3__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor | **Cypress Urgent Care, Inc.** | Case number (if know) | **8:17-bk-13089** |
|--------|-------------------------------|------------------------|-------------------|
|        | Name                          |                        |                   |

| | |
|---|---|
| **Stapleton Group**<br>**David Stapleton**<br>**515 So. Flower St., 36th Floor**<br>**Los Angeles, CA 90071** | Line  **2.2** |
| **Stapleton Group**<br>**David Stapleton**<br>**515 So. Flower St., 36th Floor**<br>**Los Angeles, CA 90071** | Line  **2.3** |
| **Tim Reimers, Esq.**<br>**2049 Century Park East, Suite 2900**<br>**Los Angeles, CA 90067** | Line  **2.2** |
| **Tim Reimers, Esq.**<br>**2049 Century Park East, Suite 2900**<br>**Los Angeles, CA 90067** | Line  **2.3** |

**Fill in this information to identify the case:**

Debtor name    **Cypress Urgent Care, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13089**

☐ Check if this is an
  amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alejandrina Garcia**<br>**7922 Orangewood Avenue**<br>**Stanton, CA 90680** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,300.89 | $2,300.89 |
| | Date or dates debt was incurred<br>**July 16, 2017  - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alexis Barajas**<br>**14608 Flatbush Avenue**<br>**Norwalk, CA 90650** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $828.53 | $828.53 |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Cypress Urgent Care, Inc.** | | Case number (if known) | **8:17-bk-13089** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.60 | $395.60 |
|---|---|---|---|---|

**Angela Corning**
**993 Iron Horse Drive**
**San Marcos, CA 92078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|---|

**Bikash Devaraj, M.D.**
**330 Cordova Street, Apt. 305**
**Pasadena, CA 91101**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

**July 16, 2016 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary -**
**Listed for notice purposes only because no**
**direct privity relationship exists with the Debtor.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
■ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,987.20 | $1,987.20 |
|---|---|---|---|---|

**Brandice R. Gomez**
**1521 East Canfield Lane, #17**
**Anaheim, CA 92808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.20 | $435.20 |
|---|---|---|---|---|

**Danielle Follweiler**
**3332 Florista Street**
**Los Alamitos, CA 90720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Cypress Urgent Care, Inc.** | Case number (if known) | **8:17-bk-13089** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.20 | $71.20 |
|---|---|---|---|---|

**Faye Amster**
**32 Drakes Bay Drive**
**Corona Del Mar, CA 92625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid salary/wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,799.10 | $1,799.10 |
|---|---|---|---|---|

**Gene M. Montealegre**
**2895 Baltic Avenue**
**Long Beach, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,758.20 | $1,758.20 |
|---|---|---|---|---|

**Jennifer Amster**
**822 E. Lomita Avenue**
**Orange, CA 92867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.80 | $53.80 |
|---|---|---|---|---|

**Jillian Piper**
**2942 North Sandy Beach Drive**
**Bay City, MI 48706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Cypress Urgent Care, Inc.** | | Case number (if known) | **8:17-bk-13089** |
|---|---|---|---|---|
| | Name | | | |

---

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,685.12** | **$2,685.12**

**Juan Pardo**
**1244 East Romneya Drive**
**Anaheim, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,891.29** | **$1,891.29**

**Katherine Oh**
**18903 Alfred Avenue**
**Cerritos, CA 90703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.60** | **$410.60**

**Kevin Hartley**
**1240 E. Ontario Ave., Suite 102-170**
**Corona, CA 92881**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 -  August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,608.05** | **$1,608.05**

**Kirsten Fick**
**8 Malaquita**
**Coto De Caza, CA 92679**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Cypress Urgent Care, Inc.** | | Case number (if known) | **8:17-bk-13089** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.20 | $205.20 |
|---|---|---|---|---|

**Kristen Walsh**
**Walsh Consulting, Inc.**
**46 Serenity**
**Irvine, CA 92618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.60 | $439.60 |
|---|---|---|---|---|

**Kylee Lucas**
**1330 East Balsam**
**Anaheim, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**Lori Strawn**
**1401 Reisig Road**
**Saginaw, MI 48604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,447.02 | $1,447.02 |
|---|---|---|---|---|

**Lory Armijo**
**4121 Howard Avenue**
**Los Alamitos, CA 90720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cypress Urgent Care, Inc.** | Case number (if known) | **8:17-bk-13089** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$208.60** | **$208.60** |
|---|---|---|---|---|

**Marissa Munoz**
**2020 W. Alameda Avenue, Apt. 16**
**Anaheim, CA 92801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,426.86** | **$2,426.86** |
|---|---|---|---|---|

**Natasha Oliver**
**1805 Termino Avenue, #3201**
**Long Beach, CA 90815**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,124.55** | **$1,124.55** |
|---|---|---|---|---|

**Tochukwu Onyekwuluje, M.D.**
**125 Rockview**
**Irvine, CA 92612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)          ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,569.10** |
|---|---|---|---|

**Access Medical Management**
**2325 W. Victory Blvd., Ste. 1**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,159.80** |
|---|---|---|---|

**Adams, Evens & Ross, Inc.**
**For the Benefit of All Star #254**
**37460 Sixes Road, Suite 126**
**Canton, GA 30114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cypress Urgent Care, Inc.** | Case number (if known) | **8:17-bk-13089** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Admiral Pest Control**
**9434 Artesia Blvd.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$778.84** |
|---|---|---|---|

**Advanced Copier and Printers**
**16303 1/2 Piuma Ave.**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**All Medical Personnel, LLC**
**Attention:  Ray Iturrioz**
**4000 Hollywood Blvd, Ste 600N**
**Hollywood, FL 33021**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.50** |
|---|---|---|---|

**Audiology Systems**
**Dept CH 16948**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 - 2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.00** |
|---|---|---|---|

**California Dept. of Public Health**
**Account. Section/Cashiering Unit MS**
**P.O. Box 997376**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.90** |
|---|---|---|---|

**Central Drug System**
**16560 Harbor Blvd., Ste A**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**City of Cypress**
**5275 Orange Avenue**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cypress Urgent Care, Inc.** | Case number *(if known)* | **8:17-bk-13089** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,945.00** |
|---|---|---|---|

| | **Continental Maintenance, Inc.** | |
|---|---|---|
| | 13318 Mapledale Street | ☐ Contingent |
| | Norwalk, CA 90650 | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred **2016-2017** | **Basis for the claim:  Business Debt** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.98** |
|---|---|---|---|

| | **DirecTV** | ☐ Contingent |
|---|---|---|
| | P.O. Box 60036 | ☐ Unliquidated |
| | Los Angeles, CA 90060 | ☐ Disputed |
| | Date(s) debt was incurred **2016-2017** | **Basis for the claim:  Utilities** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.50** |
|---|---|---|---|

| | **Fire Doctor Extinguisher Company** | ☐ Contingent |
|---|---|---|
| | 13656 #B Red Hill Avenue | ☐ Unliquidated |
| | Tustin, CA 92780 | ☐ Disputed |
| | Date(s) debt was incurred **2016-2017** | **Basis for the claim:  Business Debt** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$604.22** |
|---|---|---|---|

| | **Freedom Imaging, Inc.** | ☐ Contingent |
|---|---|---|
| | 1401 Ball Rd., Suite E | ☐ Unliquidated |
| | Anaheim, CA 92805 | ☐ Disputed |
| | Date(s) debt was incurred **2016-2017** | **Basis for the claim:  Business Debt** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |
|---|---|---|---|

| | **Hall & Company** | ☐ Contingent |
|---|---|---|
| | 111 Pacifica, Ste. 300 | ☐ Unliquidated |
| | Irvine, CA 92618 | ☐ Disputed |
| | Date(s) debt was incurred **2016-2017** | **Basis for the claim:  Business Debt** |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

| | **Harris Medical Associates** | ■ Contingent |
|---|---|---|
| | 1180 Satellite Blvd. | |
| | Suite 200 | ■ Unliquidated |
| | Suwanee, GA 30024 | ■ Disputed |
| | Date(s) debt was incurred **2016-2017** | **Basis for the claim:  Business Debt-** |
| | Last 4 digits of account number **_** | **Listed for notice purposes only because no direct privity relationship exists with the Debtor.** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

| | **Integrity Healthcare Locums, LLC** | ■ Contingent |
|---|---|---|
| | P.O. Box 823424 | |
| | Philadelphia, PA 19182-3424 | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred **2016-2017** | **Basis for the claim:  Business Debt -** |
| | Last 4 digits of account number **_** | **Listed for notice purposes only because no direct privity relationship exists with the Debtor.** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Cypress Urgent Care, Inc.** | Case number *(if known)*    **8:17-bk-13089** |
|---|---|---|
| | Name | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Kendall & Davis**
**3668 S. Geyer Road, Suite 100**
**Saint Louis, MO 63127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 - 2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,058.63** |
|---|---|---|---|

**Medline**
**Dept. LA 21558**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.51** |
|---|---|---|---|

**Minuteman Plumbing & Drain Services**
**PO Box 4983**
**Garden Grove, CA 92842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mission Recruiting, LLC**
**3020 Saturn Street, Ste. 201**
**Brea, CA 92821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |
|---|---|---|---|

**Orange County Health Care Agency**
**Environmental Health**
**1241 East Dyer Road, Suite 120**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**PDRx Pharmaceuticals, Inc.**
**P.O. Box 960149**
**Oklahoma City, OK 73196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Precise Data**
**Attention: Joe Gaglio, CPA**
**16512 Burke Lane**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cypress Urgent Care, Inc.** | Case number (if known) | **8:17-bk-13089** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Preferred Property Maintenance**
**5 Holland Bldg. 123**
**Irvine, CA 92618**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,306.70**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Provide Locum Tenens**
**7460 Warren Pkwy, #100**
**Frisco, TX 75034**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Provider Healthcare, LLC**
**4252 South Highland Drive**
**Suite 104**
**Salt Lake City, UT 84124**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$60,174.56**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**PSS World Medical, Inc.**
**P.O. Box 749499**
**Los Angeles, CA 90074-9499**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,856.39**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Radiation Detection Company, Inc.**
**3527 Snead Drive**
**Georgetown, TX 78626**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$3.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Rhino Medical Services**
**P.O. Box 16253**
**Greenville, SC 29606**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Rx Security**
**1200 N. Federal Hwy.**
**Suite 200, #50-126**
**Boca Raton, FL 33432**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$144.83**

---

| Debtor | **Cypress Urgent Care, Inc.** | Case number *(if known)* | **8:17-bk-13089** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121.50** |
|---|---|---|---|

**Sign Specialists Corporation**
**111 W. Dyer Road, Unit F**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$481.00** |
|---|---|---|---|

**Singer Lewak**
**10960 Wilshire Blvd., 7th Floor**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.50** |
|---|---|---|---|

**Spectum Fire Protection**
**Attention: Christina San Martin**
**1330 E. Orangethorpe Ave.**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**The Gas Company**
**P.O. Box C**
**Monterey Park, CA 91756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,658.05** |
|---|---|---|---|

**The New Answernet**
**4778 Dewey Drive**
**Fair Oaks, CA 95628-4401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.89** |
|---|---|---|---|

**Thermal Combustion Innovators, Inc.**
**241 W. Laurel Street**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,887.78** |
|---|---|---|---|

**Warland Investments Company**
**Attn: Carl W. Robertson**
**John C. Law, Co-Managing Directors**
**1299 Ocean Avenue, Suite 300**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2017 - July 2017**

Basis for the claim:  **Past Due Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cypress Urgent Care, Inc.** | Case number (if known) | **8:17-bk-13089** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,911.25 |
|---|---|---|---|

**Whitaker Medical, LLC
File 50834
Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2016-2017_

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,056.33 |
|---|---|---|---|

**Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2016-2017_

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 22,195.61 |
| **5b. Total claims from Part 2** | 5b. | + $ | 215,778.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 237,974.37 |

**Fill in this information to identify the case:**

Debtor name    **Cypress Urgent Care, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13089**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Medical Provider Agreement** | |
| State the term remaining    **N/A** | **ADOC Medical Group** |
| List the contract number of any government contract | **600 City Pkwy W #400** **Orange, CA 92868** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Medical Provider Agreement** | |
| State the term remaining    **N/A** | **AETNA** |
| List the contract number of any government contract | **151 Farmington Avenue** **Hartford, CT 06156** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Medical Provider Agreement** | |
| State the term remaining    **N/A** | **Alliance Physicians Medical Group** |
| List the contract number of any government contract | **4909 Lakewood Blvd., Ste. #200** **Lakewood, CA 90712** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Medical Provider Agreement** | |
| State the term remaining    **N/A** | **Allied Physicians Medical Group** |
| List the contract number of any government contract | **4909 Lakewood Blvd., Ste. #200** **Lakewood, CA 90712** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Cypress Urgent Care, Inc.** | | | Case number *(if known)* | **8:17-bk-13089** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Angeles IPA** |
| | List the contract number of any government contract | | **1600 Corporate Center Dr.** **Monterey Park, CA 91754** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **AppleCare Medical Group, Inc.** **AppleCare Medical Group St. Francis** |
| | List the contract number of any government contract | | **Attn: Director of Contracting** **6131 Orangethorpe Avenue, Suite 280** **Buena Park, CA 90620** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Arta** |
| | List the contract number of any government contract | | **3333 Michaelson Dr., Ste. 735** **Irvine, CA 92612** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Machine** | |
|---|---|---|---|
| | State the term remaining | | **Balboa Capital** |
| | List the contract number of any government contract | | **575 Anton Blvd, 12th Floor** **Costa Mesa, CA 92626** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Blue Cross** |
| | List the contract number of any government contract | | **21555 Oxnard Street** **Woodland Hills, CA 91367** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Blue Shield of California** |
| | List the contract number of any | | **3333 Michaelson Dr., Ste. 735** **Chico, CA 95927** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Cypress Urgent Care, Inc.** | | | Case number (*if known*) | **8:17-bk-13089** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | | |
|---|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Bristol Park** |
| | List the contract number of any government contract | | **11420 Warner Ave, Ste. 110** **Fountain Valley, CA 92708** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Brookshire IPA** **10833 Valley View Street** |
| | List the contract number of any government contract | | **Suite 300** **Cypress, CA 90630** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Cal Optima** **505 City Pkwy W.** **Orange, CA 92868** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **CareMore Health Plan** **Attn: Senior VP/General Manager** |
| | List the contract number of any government contract | | **12900 Park Plaza Drive, Suite 150** **Cerritos, CA 90703** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Caremore Medical Group** |
| | List the contract number of any government contract | | **12898 Towne Center Drive** **Cerritos, CA 90703** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Cigna** **Cigna Corporate Headquarters** **900 Cottage Grove Road** **Bloomfield, CT 06002** |
|---|---|---|---|

| Debtor 1 | **Cypress Urgent Care, Inc.** | | | Case number *(if known)* | **8:17-bk-13089** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Cigna** |
| | List the contract number of any government contract | | **400 N. Brand Blvd.** **Glendale, CA 91203** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Coast Heathcare** |
| | List the contract number of any government contract | | **10833 Valley View Street** **Cypress, CA 90630** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Covered California Blue Cross** |
| | List the contract number of any government contract | | **21555 Oxnart Street** **Woodland Hills, CA 91367** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Delta Health Systems** |
| | List the contract number of any government contract | | **3244 Brookside Road** **Stockton, CA 95219** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Family Choice Medical Group, Inc.** **c/o Cap Management Systems, Inc.** |
| | List the contract number of any government contract | | **15821 Ventura Blvd., Suite 600** **Encino, CA 91436** |

| Debtor 1 | **Cypress Urgent Care, Inc.** | | | Case number (*if known*) | **8:17-bk-13089** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **First Choice Health Care** <br> **2010 Wilshire Blvd., Ste. 900** <br> **Los Angeles, CA 90057** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Fountain Valley IPA** <br> **818 W. 7th Street Suite 930** <br> **Los Angeles, CA 90017** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Greater Newport Physicians** <br> **330 Placentia Ave.** <br> **Newport Beach, CA 92663** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Health EOS (EOS USA Headquarters)** <br> **10971 Sun Center Drive** <br> **Rancho Cordova, CA 95670** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Health Net** <br> **21650 Oxnard St.** <br> **Woodland Hills, CA 91367** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any | | **Healthcare Partners** <br> **2175 Park Place** <br> **El Segundo, CA 90245** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor 1 | **Cypress Urgent Care, Inc.** | | Case number (*if known*) | **8:17-bk-13089** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **HealthCare Partners Affiliates**<br>**Attn: Executive Medical Director**<br>**19191 South Vermont Avenue, 2nd Fl**<br>**Torrance, CA 90502** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Humana Choicecare**<br>**500 W. Main Street**<br>**Louisville, KY 40202** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Lakewood IPA**<br>**4909 Lakewood Blvd.**<br>**Ste. 200**<br>**Lakewood, CA 90712** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Leisure World Medical Group, Inc.**<br>**Attn: John M Kirk**<br>**17777 Center Court Dr., Suite 400**<br>**Cerritos, CA 90703** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Los Alamitos IPA**<br>**4909 Lakewood Blvd.**<br>**Suite 200**<br>**Lakewood, CA 90712** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Medi-Cal**<br>**820 Stillwater Road**<br>**West Sacramento, CA 95605** |
|---|---|---|---|

| Debtor 1 | **Cypress Urgent Care, Inc.** | | Case number *(if known)* | **8:17-bk-13089** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement No. CK784A** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **Medicare**<br>**440 E. Middlefield Road**<br>**Mountain View, CA 94043** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **Memorial Care**<br>**17360 Brookhurst St., #160**<br>**Fountain Valley, CA 92708** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **Mission Heritage**<br>**26800 Crown Valley Pkwy**<br>**Mission Viejo, CA 92691** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N /A** |
| | List the contract number of any government contract | **Mission Hospital Affiliated Physici**<br>**26732 Crown Valley Parkway,**<br>**Ste. 261**<br>**Mission Viejo, CA 92691** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **Monarch HealthCare**<br>**Mail Station 16**<br>**11 Technology Drive**<br>**Irvine, CA 92618** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Cypress Urgent Care, Inc.** | | | Case number *(if known)* | **8:17-bk-13089** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Noble AMA IPA**<br>**P.O. Box 4909**<br>**Oceanside, CA 92052** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Noble Mid Orange Co**<br>**P.O. Box 4909**<br>**Oceanside, CA 92052** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Nuestra Familia Medical Group**<br>**10780 Santa Mnica Blvd.**<br>**Los Angeles, CA 90025** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **OCPIPA (Healthsmart Management Serv**<br>**20411 SW Birch St., Ste. 200**<br>**Newport Beach, CA 92660** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Physicians Healthways (Central Heal**<br>**1055 Park View Dr.**<br>**Covina, CA 91724** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any | | **Pioneer**<br>**17777 Center Court Drive, Suite 400**<br>**Cerritos, CA 90703** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Cypress Urgent Care, Inc.**
  First Name        Middle Name        Last Name

Case number (*if known*)    **8:17-bk-13089**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Promesa Health**<br>**1100 S. San Pedro St.**<br>**Suite D05**<br>**Los Angeles, CA 90015** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Prospect Medical Group**<br>**400 Corporate Pointe**<br>**Culver City, CA 90230** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Management and Administrative Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **50 months** | **Radiant Physician Group, Inc.**<br>**18231 Irvine Blvd., Ste. 204**<br>**Tustin, CA 92780** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Regal Medical Group**<br>**P.O. Box 371330**<br>**Reseda, CA 91337** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **St. Joseph Hospital Affiliated**<br>**279 Imperial Hwy, #710**<br>**Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **St. Jude Heritage**<br>**12942 Harbor Blvd.**<br>**Garden Grove, CA 92840** |
|---|---|---|---|

| Debtor 1 | **Cypress Urgent Care, Inc.** | | Case number (*if known*) | **8:17-bk-13089** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | N/A | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | N/A | **St. Mary IPA** |
| | List the contract number of any government contract | | **4909 Lakewood Blvd., Suite 200** **Artesia, CA 90702** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | N/A | **Starcare  Medical Group** |
| | List the contract number of any government contract | | **1920 E. 17th Street, Suite 200** **Santa Ana, CA 92705** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | N/A | **Talbert Medical Group/Healthcare P** |
| | List the contract number of any government contract | | **1665 Scenic Ave.** **Costa Mesa, CA 92626** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | N/A | **Three Rivers** |
| | List the contract number of any government contract | | **910 Hale Place** **Chula Vista, CA 91914** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | N/A | **Tricare** |
| | List the contract number of any government contract | | **270 32nd Street** **San Diego, CA 92102** |

| Debtor 1 | **Cypress Urgent Care, Inc.** | | | Case number (*if known*) | **8:17-bk-13089** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **United Care Medical Group, Inc.** |
| | List the contract number of any government contract | | **600 City Parkway West** |
| | | | **Orange, CA 92868** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **United Health Care** |
| | List the contract number of any government contract | | **14980 Sand Canyon Avenue** |
| | | | **Irvine, CA 92618** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Vantage** |
| | List the contract number of any government contract | | **2115 Compton Ave, Suite 300** |
| | | | **Corona, CA 92881** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Office Space 2560 Bryan Avenue, Tustin, California Expiration Date: in or about October 2019 with two (2) five (5) year renewal option Monthly Rent: $9,044.00 per month** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Warland Investments Company** |
| | List the contract number of any government contract | | **Attn: Carl W. Robertson** |
| | | | **John C. Law, Co-Managing Directors** |
| | | | **1299 Ocean Avenue, Suite 300** |
| | | | **Santa Monica, CA 90401** |

**Fill in this information to identify the case:**

Debtor name    **Cypress Urgent Care, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13089**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Dr. Robert C. Amster** | **32 Drakes Bay Drive Corona Del Mar, CA 92625** | **Opus Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Dr. Robert C. Amster** | **32 Drakes Bay Drive Corona Del Mar, CA 92625** | **Opus Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Laguna Dana Urgent Care Inc.** | **24060 Camino Del Avion Dana Point, CA 92629** | **Opus Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Laguna Dana Urgent Care Inc.** | **24060 Camino Del Avion Dana Point, CA 92629** | **Opus Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Your Neighborhood Urgent Care, LLC** | **P.O. Box 8979 Newport Beach, CA 92658** | **Opus Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Cypress Urgent Care, Inc.** | Case number *(if known)* | **8:17-bk-13089** |

---

**■** Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Your Neighborhood Urgent Care, LLC** | P.O. Box 8979<br>Newport Beach, CA 92658 | **Opus Bank** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Noble Mid Orange Co** | P.O. Box 4909<br>Oceanside, CA 92052 | **OCPIPA (Healthsmart Management Serv** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.42___ |
| 2.8 | **Pacific Care Health System** | 5701 Katella Ave<br>Cypress, CA 90630 | **United Health Care** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.57___ |
| 2.9 | **Talbert Medical Group** | 1665 Scenic Ave Ste 100<br>Costa Mesa, CA 92626 | | ☐ D _____<br>☐ E/F _____<br>■ G ___2.27___ |

**Fill in this information to identify the case:**

Debtor name    **Cypress Urgent Care, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13089**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$706,564.75** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$502,018.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,909,591.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Cypress Urgent Care, Inc.**                                    Case number *(if known)*    **8:17-bk-13089**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attachment to SOFA No. 3.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Dr. Robert C. Amster**<br>**32 Drakes Bay Drive**<br>**Corona De. Mar**<br>**Owner/President** | **Various Dates** | **$58,536.00** | **Salary/Compensation for Services** |
| 4.2.    **Jennifer Amster**<br>**822 E. Lomita Ave.**<br>**Orange, CA 92867**<br>**Daughter of Dr. Robert C. Amster, the Owner of the Debtor** | **Various Dates** | **$33,912.00** | **Salary/Compensation for Services** |
| 4.3.    **Faye Amster**<br>**32 Drakes Bay Drive**<br>**Corona De. Mar**<br>**Wife of Dr. Robert C. Amster, the owner of the Debtor** | **Various Dates** | **$8,258.00** | **Salary/Compensation for Services** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   **Cypress Urgent Care, Inc.**                                   Case number *(if known)*  **8:17-bk-13089**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Opus Bank v. Hoag Urgent Care-Tustin, Inc., et. al.**<br>**30-2017-00912132-CU-BC-CJC** | **Civil** | **Orange County Superior Court**<br>**700 W Civic Center Dr.**<br>**Dept. C16**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **J. Antonio Tony Parker Moses Muina v. Cypress Urgent Care Clinic, et. al.**<br>**(Dismissed without prejudice)**<br>**8:17-cv-00533-RGK** | **Medical Malpractice** | **United States District Court Central District of California Southern Division - Santa Ana**<br>**411 W 4th St #1-053**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **All-Star Recruiting v. Cypress Urgent Care, Inc.**<br>**(Dismissed without prejudice)**<br>**30-2017-00926583-CU-CL-CJC** | **Civil** | **Orange County Superior Court**<br>**909 N Main St.**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Opus Bank**<br>**c/o Buchalter (Attention: Barry Smith)**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | **Various assets and property of the Debtor.** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | **Opus, et. al. v. Cypress, et. al.** | **Orange County Superior Court**<br>**700 W Civic Center Dr C16**<br>**Santa Ana, CA 92701** |
| | Case number | |
| | **30-2017-00912132-CU-BC-CJC** | |
| | Date of order or assignment | |
| | **May 25, 2017** | |

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor  **Cypress Urgent Care, Inc.**                                            Case number *(if known)*  **8:17-bk-13089**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BakerHostetler**<br>**11601 Wilshire Boulevard,**<br>**14th Floor**<br>**Los Angeles, CA 90025** |  | **August 1, 2017** | **$10,000.00** |
|  | Email or website address<br>**amcdow@bakerlaw.com** |  |  |  |
|  | Who made the payment, if not debtor?<br>**Dr. Robert C. Amster** |  |  |  |
| 11.2. |  |  | **$6,666.67**<br>**7/28/2017**<br>**$1,666.67**<br>**7/24/2017**<br>**$1,666.67**<br>**7/19/2017**<br>**$833.33**<br>**4/27/2017**<br>**$833.33**<br>**4/7/2017** |  |
|  | **Force Ten Partners, LLC**<br>**Brian Weiss**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** |  |  | **$11,666.67** |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor?<br>**Radiant Physicians Group, Inc.** |  |  |  |

Debtor    **Cypress Urgent Care, Inc.**                                    Case number *(if known)* **8:17-bk-13089**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | | | **$583.33** **12/30/2016** **$583.33** **12/16/2016** **$1,166.67** **11/10/2016** **$500.00** **10/19/2016** **$500.00** **9/28/2016** **$500.00** **9/21/2016** **$833.33** **8/30/2016** | |
| | **Force Ten Partners, LLC** **Brian Weiss** **20341 Birch Street, Suite 220** **Newport Beach, CA 92660** | | | **$4,166.67** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **Your Neighborhood Urgent Care, LLC** | | | |
| 11.4. | **Force Ten Partners, LLC** **Brian Weiss** **20341 Birch Street, Suite 220** **Newport Beach, CA 92660** | | **$500.00** **10/19/2016** | **$500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Winthrop Couchot Golubow** **Hollander, LLP** **660 Newport Center Dr.** **Newport Beach, CA 92660** | | **$1,666.67** **10/3/2016** **$1,666.67** **11/4/2016** | **$3,333.33** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **Your Neighborhood Urgent Care, LLC** | | | |

Debtor    **Cypress Urgent Care, Inc.**

Case number *(if known)*    **8:17-bk-13089**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.6. | | $833.33<br>1/30/2017<br>$833.33<br>2/17/2017<br>$833.33<br>3/1/2017<br>$833.33<br>3/13/2017<br>$833.33<br>3/24/2017<br>$833.33<br>4/7/2017<br>$833.33<br>4/27/2017<br>$8,333.33<br>5/27/2017 | |
| **Winthrop Couchot Golubow Hollander, LLP**<br>**660 Newport Center Dr.**<br>**Newport Beach, CA 92660** | | | $14,166.67 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>**Radiant Physicians Group, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.    **18231 Irvine Blvd., #204**<br>**Tustin, CA 92780** | **Used previously as mailing address** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    **Cypress Urgent Care, Inc.**                         Case number *(if known)*  **8:17-bk-13089**

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐  No. Go to Part 9.
■  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.  **Hoag Urgent Care Tustin 2560 Bryan Ave., Suite A Tustin, CA 92780** | **Providing urgent care, medical and wellness services to patients of all ages.** | |
| | Location where patient records are maintained *(if different from facility address).* If electronic, identify any service provider.  **2560 Bryan Ave., Suite A Tustin, CA 92782** | **How are records kept?**  *Check all that apply:*  ■ Electronically  ☐ Paper |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

**Personal information and medical records.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
■  Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Wells Fargo Bank N.A. 2540 Main Street, Suite R Irvine, CA 92614** | **XXXX-7897** | ■ Checking  ☐ Savings  ☐ Money Market  ☐ Brokerage  ☐ Other__ | **2016** | **Unknown** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Cypress Urgent Care, Inc.**                    Case number *(if known)*    **8:17-bk-13089**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

| Debtor | **Cypress Urgent Care, Inc.** | Case number *(if known)* | **8:17-bk-13089** |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1. **Cypress Urgent Care, Inc.** 6876 Katella Ave. Cypress, CA 90630 | **Providing urgent care, medical and wellness services to patients of all ages.** | EIN: **26-4434567** From-To **February 2009 - Present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Joe Gaglio, CPA** **16512 Burke Lane** **Huntington Beach, CA 92647-4538** | **2011-Present** |
| 26a.2. **Kristin Walsh Consulting** **46 Serenity** **Irvine, CA 92618** | **March 2017 - Present** |
| 26a.3. **Kevin Hartley** **Adaptive CPA** **1240 E Ontario Ave #102** **Corona, CA 92881** | **August 2016 - Present** |
| 26a.4. **Hall & Associates** **18101 Von Karman Ave** **Ste 1290** **Irvine, CA 92612** | **June 2016 - September 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Brian Weiss** **Force Ten Partners, LLC** **20341 Birch Street, Suite 220** **Newport Beach, CA 92660** | **2016-2017** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Stapleton Group** **David P. Stapleton** **515 South Flower Street** **36th Floor** **Los Angeles, CA 90071** | **The State Court appointed receiver May 25 2017 - petition date** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **Cypress Urgent Care, Inc.**                                      Case number *(if known)*   **8:17-bk-13089**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kevin Hartley**<br>**Adaptive CPA**<br>**1240 E Ontario Ave #102**<br>**Corona, CA 92881** | |
| 26c.2.    **Joe Gaglio, CPA**<br>**16512 Burke Lane**<br>**Huntington Beach, CA 92647-4538** | |
| 26c.3.    **Hall & Associates**<br>**18101 Von Karman Ave**<br>**Ste 1290**<br>**Irvine, CA 92612** | |
| 26c.4.    **Kristin Walsh Consulting**<br>**46 Serenity**<br>**Irvine, CA 92618** | |
| 26c.5.    **Brian Weiss**<br>**Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | |
| 26c.6.    **Stapleton Group**<br>**David P. Stapleton**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Opus Bank**<br>**19900 MacArthur Boulevard**<br>**12th Floor**<br>**Irvine, CA 92612** |
| 26d.2.    **Global Capital Markets**<br>**19100 Von Karman Ave**<br>**Suite 950**<br>**Irvine, CA 92612** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor    **Cypress Urgent Care, Inc.**                                    Case number *(if known)*    **8:17-bk-13089**

| 27.1. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | **David P. Stapleton (the State Court Appointed Receiver)** | **June 2017** | **Unknown** |
| | Name and address of the person who has possession of inventory records | | |
| | **Stapleton Group** **515 South Flower Street** **36th Floor** **Los Angeles, CA 90071** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Robert C. Amster | 32 Drakes Bay Drive Corona Del Mar, CA 92625 | President / Director/ sole shareholder | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☑ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Response to SOFA No. 4. See also Attachment to SOFA No. 30.** | | | |
| | Relationship to debtor | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ☐ No
- ☑ Yes. Identify below.

Debtor    **Cypress Urgent Care, Inc.**                    Case number *(if known)*    **8:17-bk-13089**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **American Funds** | **EIN:** |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**

**/s/ Dr. Robert C. Amster**                    **Dr. Robert C. Amster**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☑ Yes

**Attachment to SOFA No. 3**

**Cypress Urgent Care, Inc.**
Transaction List by Vendor
May through August 2017

| Type | Date | Name Address | Name City | Name State | Name Zip | Name Phone # | Amount |
|------|------|--------------|-----------|------------|----------|--------------|--------|
| **Bikash Devaraj, MD** | | | | | | | |
| Bill Pmt -Check | 05/05/2017 | 330 Cordova St Unit 305 Pasadena, CA 91101 | Pasadena | CA | 91101 | 619-543-6303 | -2,500.00 |
| Bill Pmt -Check | 05/19/2017 | 330 Cordova St Unit 305 Pasadena, CA 91101 | Pasadena | CA | 91101 | 619-543-6303 | -3,750.00 |
| Bill Pmt -Check | 06/02/2017 | 330 Cordova St Unit 305 Pasadena, CA 91101 | Pasadena | CA | 91101 | 619-543-6303 | -6,250.00 |
| Bill Pmt -Check | 06/16/2017 | 330 Cordova St Unit 305 Pasadena, CA 91101 | Pasadena | CA | 91101 | 619-543-6303 | -7,500.00 |
| Bill Pmt -Check | 06/30/2017 | 330 Cordova St Unit 305 Pasadena, CA 91101 | Pasadena | CA | 91101 | 619-543-6303 | -4,650.00 |
| Bill Pmt -Check | 07/14/2017 | 330 Cordova St Unit 305 Pasadena, CA 91101 | Pasadena | CA | 91101 | 619-543-6303 | -6,250.00 |
| **Harris Medical Associates** | | | | | | | |
| Bill Pmt -Check | 05/12/2017 | 1180 Satellite Blvd Ste 200 Suwanee, GA 30024 | Suwanee | GA | 30024 | 770-497-9685 | -1,365.00 |
| Bill Pmt -Check | 06/23/2017 | 1180 Satellite Blvd Ste 200 Suwanee, GA 30024 | Suwanee | GA | 30024 | 770-497-9685 | -2,141.35 |
| Bill Pmt -Check | 06/30/2017 | 1180 Satellite Blvd Ste 200 Suwanee, GA 30024 | Suwanee | GA | 30024 | 770-497-9685 | -5,985.00 |
| Bill Pmt -Check | 07/22/2017 | 1180 Satellite Blvd Ste 200 Suwanee, GA 30024 | Suwanee | GA | 30024 | 770-497-9685 | -8,041.95 |
| **Integrity Healthcare Locums, LLC** | | | | | | | |
| Bill Pmt -Check | 05/26/2017 | P.O. Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -2,360.00 |
| Bill Pmt -Check | 06/30/2017 | P.O. Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -1,620.00 |
| Bill Pmt -Check | 07/22/2017 | P.O. Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 800-975-2115 | -3,130.00 |
| **Medline** | | | | | | | |
| Bill Pmt -Check | 05/12/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,858.01 |
| Bill Pmt -Check | 05/26/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,601.94 |
| Bill Pmt -Check | 06/20/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -1,816.06 |
| Bill Pmt -Check | 06/30/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -3,222.62 |
| **Provide Locum Tenens** | | | | | | | |
| Bill Pmt -Check | 05/12/2017 | 7460 Warren Pkwy, #100 Frisco, TX 75034 | Frisco | TX | 75034 | 855-678-8389 | -3,666.60 |
| Bill Pmt -Check | 06/20/2017 | 7460 Warren Pkwy, #100 Frisco, TX 75034 | Frisco | TX | 75034 | 855-678-8389 | -3,360.00 |
| Bill Pmt -Check | 07/22/2017 | 7460 Warren Pkwy, #100 Frisco, TX 75034 | Frisco | TX | 75034 | 855-678-8389 | -3,024.75 |
| **Radiant Physician Group** | | | | | | | |
| Check | 05/31/2017 | | | | | | -63,000.00 |
| Check | 06/30/2017 | | | | | | -32,710.66 |
| **Warland Investments Company** | | | | | | | |
| Bill Pmt -Check | 05/01/2017 | 1299 Ocean Ave, Ste 300 Santa Monica, CA 90401 | Santa Monica | CA | 90401 | 714-236-9370 | -8,887.78 |
| Bill Pmt -Check | 06/12/2017 | 1299 Ocean Ave, Ste 300 Santa Monica, CA 90401 | Santa Monica | CA | 90401 | 714-236-9370 | -8,887.78 |
| Bill Pmt -Check | 06/30/2017 | 1299 Ocean Ave, Ste 300 Santa Monica, CA 90401 | Santa Monica | CA | 90401 | 714-236-9370 | -9,645.76 |
| **Stapleton Group (Receiver)** | | | | | | | |
| Check | 08/02/2017 | 514 Via de la Valle, Suite 206, CA 92075 | Solana Beach | CA | 92075 | | -20,000.00 |

Attachment to SOFA No. 30

Cypress Urgent Care, Inc.

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,065.00) | 8/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,065.00) | 8/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (40.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,710.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,025.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,715.00) | 8/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care – Eastlake | 2315 Otay Lakes Rd., Chula Vista, CA 91914 | $ (2,635.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (980.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,130.00) | 8/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (720.00) | 8/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,225.00) | 8/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (13,800.00) | 8/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,430.00) | 8/17/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,440.00) | 8/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (900.00) | 8/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,450.00) | 8/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,980.00) | 8/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,180.00) | 8/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,800.00) | 8/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,500.00) | 8/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,600.00) | 8/30/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,500.00) | 8/31/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,540.00) | 9/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,300.00) | 9/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,610.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,060.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,145.00) | 9/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,370.00) | 9/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,820.00) | 9/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,225.00) | 9/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,715.00) | 9/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,140.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (785.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,605.00) | 9/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,652.00) | 9/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,380.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,235.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (555.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,815.00) | 9/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (385.00) | 9/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,860.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,134.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,200.00) | 9/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (200.00) | 9/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,075.00) | 9/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,765.00) | 9/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

Cypress Urgent Care, Inc.

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,375.00) | 9/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,898.00) | 9/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,265.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,220.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (680.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,800.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,215.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,850.00) | 9/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,620.00) | 9/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,850.00) | 9/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,055.00) | 9/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care – Eastlake | 2316 Otay Lakes Rd., Chula Vista, CA  91914 | $ (1,039.96) | 9/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,090.00) | 9/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,865.00) | 10/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,275.00) | 10/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (15,515.00) | 10/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,365.00) | 10/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,130.00) | 10/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,135.00) | 10/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,015.00) | 10/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,330.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,840.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (400.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,755.00) | 10/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,110.00) | 10/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,905.00) | 10/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,825.00) | 10/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,030.00) | 10/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,155.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,195.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,445.00) | 10/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,070.00) | 10/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,735.00) | 10/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,925.00) | 10/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,680.00) | 10/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,045.00) | 10/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,255.00) | 10/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,895.00) | 10/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,110.00) | 10/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,735.00) | 10/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,000.00) | 10/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (19,670.00) | 11/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,380.00) | 11/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,925.00) | 11/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care - Grossmont | 6136 Lake Murray Blvd., La Mesa, CA  91742 | $ (2,155.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,300.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

Cypress Urgent Care, Inc.

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,800.00) | 11/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,090.00) | 11/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2560 Bryan Ave., Suite A, Tustin, CA 92780 | $ (2,195.00) | 11/17/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care - Anaheim Hills, Inc. | 5630 E. Santa Ana Canyon Rd., Anaheim, CA 92807 | $ (444.17) | 11/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (16,300.00) | 11/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,875.00) | 11/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24061 Camino Del Avion, Dana Point, CA 92629 | $ (2,850.00) | 11/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24062 Camino Del Avion, Dana Point, CA 92629 | $ (14,200.00) | 11/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (15,600.00) | 12/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (70.00) | 12/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,600.00) | 12/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2561 Bryan Ave., Suite A, Tustin, CA 92780 | $ (10,900.00) | 12/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,600.00) | 12/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,600.00) | 12/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2562 Bryan Ave., Suite A, Tustin, CA 92780 | $ (17,500.00) | 12/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24063 Camino Del Avion, Dana Point, CA 92629 | $ (2,400.00) | 12/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,216.37) | 12/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,400.00) | 12/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,108.04) | 12/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (14,800.00) | 1/3/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,400.00) | 1/5/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24060 Camino Del Avion, Dana Point, CA 92629 | $ (12,000.00) | 1/9/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,200.00) | 1/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (21,700.00) | 1/18/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,000.00) | 1/23/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 1/25/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,500.00) | 1/25/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (15,000.00) | 1/30/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,000.00) | 2/2/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (21,000.00) | 2/6/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 2/13/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,000.00) | 2/13/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,718.21) | 2/14/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 2/15/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,500.00) | 2/15/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,000.00) | 2/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (35.00) | 2/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,628.69) | 2/28/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 3/1/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,000.00) | 3/2/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,900.00) | 3/6/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,235.00) | 3/7/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,000.00) | 3/13/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (500.00) | 3/14/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 3/17/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,000.00) | 3/20/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

Cypress Urgent Care, Inc.

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|--------|---------|-------------------|------|--------------------|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,000.00) | 3/27/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,000.00) | 3/29/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 3/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 4/11/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 4/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 4/13/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 4/19/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,000.00) | 4/21/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,000.00) | 5/11/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 5/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 5/17/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (25,000.00) | 5/19/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (13,000.00) | 5/25/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (13,383.32) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,735.75) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (870.22) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (662.25) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,250.00) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (711.48) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (609.00) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,184.97) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,029.09) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,250.00) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,024.58) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,168.37) | 7/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,250.08) | 7/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,330.92) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,843.75) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,719.03) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,250.00) | 7/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (711.48) | 7/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

* In the interest of full disclosure only, the Debtor is identifying the transfers herein.  However, the Debtor reserves all right with respect to whether these transfers were made to insiders within the meaning of
  11 U.S.C. Sec. 101(31). In addition, the Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.
  In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the SOFA will be amended as necessary and appropriate.

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Central District of California

| | | | |
|---|---|---|---|
| In re | **Cypress Urgent Care, Inc.** | Case No. | **8:17-bk-13089** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **16,666.67** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **6,666.67** |

2.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Dr. Robert C. Amster (the balance due was paid post-petition from Dr. Robert C. Amster)**

3.    The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):    **Estate funds on a moving forward basis.**

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 25, 2017** | **/s/ Ashley M. McDow, Esq.** |
| *Date* | **Ashley M. McDow, Esq. 245114** |
| | *Signature of Attorney* |
| | **BakerHostetler** |
| | **11601 Wilshire Boulevard, 14th Floor** |
| | **Los Angeles, CA 90025** |
| | **310.820.8800   Fax: 310.820.8859** |
| | **amcdow@bakerlaw.com** |
| | *Name of law firm* |

---

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos.,<br>State Bar No. & Email Address<br>**Ashley M. McDow, Esq.**<br>**11601 Wilshire Boulevard, 14th Floor**<br>**Los Angeles, CA 90025**<br>**310.820.8800 Fax: 310.820.8859**<br>California State Bar Number: **245114**<br>amcdow@bakerlaw.com | FOR COURT USE ONLY |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Cypress Urgent Care, Inc.** | CASE NO.: **8:17-bk-13089**<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS - FIRST AMENDED**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __42__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 25, 2017**                         **/s/ Dr. Robert C. Amster**
                                                                  Sigant:ure of Debtor 1

Date: _____

                                                                  Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 25, 2017**                         **/s/ Ashley M. McDow, Esq.**
                                                                  Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Cypress Urgent Care, Inc.
P.O. Box 8979
Newport Beach, CA 92658


Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90025


Absolute Sign Company
4652 Katella Ave.
Los Alamitos, CA 90720


Access Medical Management
2325 W. Victory Blvd., Ste. 1
Burbank, CA 91506


Action 1st Loss Prevention
32861 Dana Poplar
Dana Point, CA 92629


Adams, Evens & Ross, Inc.
For the Benefit of All Star #254
37460 Sixes Road, Suite 126
Canton, GA 30114


Admiral Pest Control
9434 Artesia Blvd.
Bellflower, CA 90706


ADOC Medical Group
600 City Pkwy W #400
Orange, CA 92868

Advanced Copier and Printers
16303 1/2 Piuma Ave.
Cerritos, CA 90703


Advanced Copiers and Printers
16303 1/2 Piuma Ave.
Cerritos, CA 90703


Aetna
PO Box 14103
Lexington, KY 40512


AETNA
151 Farmington Avenue
Hartford, CT 06156


Agnes Lydia Skipps  Cypress
5013 Evergreen Ave
Cypress, CA 90630


Alejandrina Garcia
7922 Orangewood Avenue
Stanton, CA 90680


Alexis Barajas
14608 Flatbush Avenue
Norwalk, CA 90650


Ali Parsaeian
22 Stillwater
Newport Coast, CA 92657

All Medical Personnel, LLC
Attention: Ray Iturrioz
4000 Hollywood Blvd, Ste 600N
Hollywood, FL 33021


All Medical Personnel, LLC
4000 Hollywood Blvd., Ste. 600N
Hollywood, FL 33021


Alliance Physicians Medical Group
4909 Lakewood Blvd., Ste. #200
Lakewood, CA 90712


Allied Physicians Medical Group
4909 Lakewood Blvd., Ste. #200
Lakewood, CA 90712


Amelia Perez
PO Box 2667
Avalon, CA 90704


AMN Healthcare
12400 High Bluff Drive
San Diego, CA 92130


Angela Corning
993 Iron Horse Drive
San Marcos, CA 92078


Angeles IPA
1600 Corporate Center Dr.
Monterey Park, CA 91754

Angelus Medical & Optical Co., Inc.
13007 S. Western Avenue
Gardena, CA 90249


Anita Damodaran
711 Afton Court
Redlands, CA 92374


Anna Halbeisen, DO PC
6220 E Ocean Blvd.
Long Beach, CA 90803


Anthem Blue Cross Overpayment Recovery
PO Box 92420 Cleveland
Cleveland, OH 44193


AppleCare Medical Group, Inc.
AppleCare Medical Group St. Francis
Attn: Director of Contracting
6131 Orangethorpe Avenue, Suite 280
Buena Park, CA 90620


Arian Nasiri, MD
464 Sonora Circle
Redlands, CA 92373


Arlene Vito
21418 Bloomfield Ave #48
Lakewood, CA 90715


Arta
3333 Michaelson Dr., Ste. 735
Irvine, CA 92612

Ashkan Sefaradi
1426 S. Cardiff Ave.
Los Angeles, CA 90035


Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Blvd, Ste. 1400
Los Angeles, CA 90025


Ashley Rippeon
4312 Livermore Pl.
Cypress, CA 90630


ATC Healthcare Services, Inc.
75 Remittance Drive, Dept 6773
Chicago, IL 60675-6773


Audio Video Solutions James Shrader
290 Broadway St.
Laguna Beach, CA 92651


Audiology Systems
Dept CH 16948
Palatine, IL 60055


Audiology Systems
Dept CH 16948
Palatine, IL 60055-6948


Avni Pandya, MD
4972 Elben Dr.
La Palma, CA 90623

Azeb Yihune
7891 E. Berner Street
Long Beach, CA 90808


Balboa Capital
575 Anton Blvd, 12th Floor
Costa Mesa, CA 92626


Banyan International Corporation
2118 E Interstate 20 PO Box 1779
Abiline, TX 79604


Barton Associates, Inc.
P.O. Box 417844
Boston, MA 02241-7844


Bellvs Anesthetic and Weight Loss Center
14591 Newport Ave., #106
Tustin, CA 92780


Ben Peralta
5011 New York Ave.
Cypress, CA 90630


Benjamin Jong Lee
5201 Lincoln Ave Apt 281
Cypress, CA 90630


Berrett Pest Management
3305 E Miraloma #173 Ave.
Anaheim, CA 92806

Bikash Devaraj
330 Cordova St., Apt 305
Pasadena, CA 91101


Bikash Devaraj, M.D.
330 Cordova Street, Apt. 305
Pasadena, CA 91101


Blue Cross
21555 Oxnard Street
Woodland Hills, CA 91367


Blue Shield
PO Box 272560 Chico
Chico, CA 95927


Blue Shield of California
3333 Michaelson Dr., Ste. 735
Chico, CA 95927


Bobby Tandoc
10684 Jill St.
Cypress, CA 90630


Brandice R. Gomez
1521 East Canfield Lane, #17
Anaheim, CA 92808


Bridget Doonan
18787 Heavenwood Circle
Huntington Beach, CA 92646-1849

Bridget Tambio
7700 Lampson Ave., SPC 125
Garden Grove, CA 92841-4161


Bristol Park
11420 Warner Ave, Ste. 110
Fountain Valley, CA 92708


Brookshire IPA
10833 Valley View Street
Suite 300
Cypress, CA 90630


BSN Medical Inc
PO Box 751766 Charlotte
Charlotte, NC 28275-1766


Buchalter, a Prof. Corporation
1000 Wilshire Blvd., Ste. 1500
Attention: Barry A. Smith
Los Angeles, CA 90017-2457


Buchalter, a Prof. Corporation
Attention: Barry A. Smith
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457


Buena Park Chamber of Commerce
6601 Beach Boulevard Buena Park
Buena Park, CA 90621


Cal Optima
505 City Pkwy W.
Orange, CA 92868

California Dept. of Public Health
Account. Section/Cashiering Unit MS
P.O. Box 997376
Sacramento, CA 95899


California Dept. of Public Health
Section/Cashiering Unit MS
PO Box 997376
CA 95889


Cameron Hausman
2518 Bayside Drive
Corona Del Mar, CA 92625


CAP MPT
333 S. Hope St 8th Floor
Los Angeles, CA 90071-1409


CareMore Health Plan
Attn: Senior VP/General Manager
12900 Park Plaza Drive, Suite 150
Cerritos, CA 90703


Caremore Medical Group
12898 Towne Center Drive
Cerritos, CA 90703


Carlos Cubillo
7453 El Campo Cir.
Buena Park, CA 90620


Catherine Heger
6901 Lonicera Dr.
Orangevale, CA 95662

Catherine Yau
10041 Beatrice Circle
Buena Park, CA 90620


Central Drug System
16560 Harbor Blvd., Ste A
Fountain Valley, CA 92708


Central Drug System
16560 Harbor Blvd., Ste. A
Fountain Valley, CA 92708


Choice Health Med & Animal Sciences West
PO Box 790448
St. Louis, MO 63179-0448


Christian Rodriguez
12784 Newhope St.
Garden Grove, CA 92840


Christina Sanchez
11824 Harris Avenue
Lynwood, CA 90262


Cigna
Cigna Corporate Headquarters
900 Cottage Grove Road
Bloomfield, CT 06002


Cigna
400 N. Brand Blvd.
Glendale, CA 91203

Cindy McGowan
9739 Pauline Drive
Cypress, CA 90630-4034


City of Cypress
5275 Orange Avenue
Cypress, CA 90630


City of Cypress Finance Department
P.O. Box 609
Cypress, CA 90630-0609


City of San Diego Office of the City Tre
PO Box 121536
San Diego, CA 92112-1536


Classic Ride Designs
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Clavel Enterprises c/o Jassmine Clavel
PO Box 1168
Monrovia, CA 91017-1168


CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353-0882


Clockwise MD Lightshed Healthcare Techno
554 North Avenue NW Suite E
Atlanta, GA 30318

Coast Heathcare
10833 Valley View Street
Cypress, CA 90630


Consolidated Medical Bio-Analysis
11215 Knott Ave.
Cypress, CA 90630


Continental Maintenace, Inc.
13318 Mapledale Street
Norwalk, CA 90650


Continental Maintenance, Inc.
13318 Mapledale Street
Norwalk, CA 90650


Convergent Outsourcing Inc
PO Box 9004
Renton, WA 98057


Cornman and Swartz
PO Box 7789
Newport Beach, CA 92658


Coventry Health Care
P.O. Box 894230
Los Angeles, CA 90189-4230


Covered California Blue Cross
21555 Oxnart Street
Woodland Hills, CA 91367

Cryo Specialties
13335 Shawnee Rd.
Apple Valley, CA 92308


Culligan of Santa Ana Lockbox Processing
PO Box 2903
Wichita, KS 67201-2903


Curtis Roman
405 15th St., Apt 1
Huntington Beach, CA 92648-4259


Cypress Chamber of Commerce
5550 Cerritos Ave Ste D
Cypress, CA 90630


Cypress Urgent Care, Inc.
PO Box 8979
Newport Beach, CA 92658


D&Y
PO Box 635715
Cincinnati, OH 45263-5715


Damian Cruz
8278 Palais Rd.
Stanton, CA 90680


Danielle Follweiler
3332 Florista Street
Los Alamitos, CA 90720

Danielle Lee
PO Box 940393
Simi Valley, CA 93094


David Bowman
5473 Cricket Lane
Stansbury Park, UT 84074


Debora Zanon
4011 Larwin Ave.
Cypress, CA 90630


Delta Health Systems
3244 Brookside Road
Stockton, CA 95219


Dhilan Thursaisingham, MD
7521 Edinger Ave, Unit 2017
Huntington Beach, CA 92647


DHS Security
PO Box 4335
Costa Mesa, CA 92626


Diane Thrush
2217 Sexton Road
Howell, MI 48843


DirecTV
P.O. Box 60036
Los Angeles, CA 90060

DirecTV
PO Box 60036
Los Angeles, CA 90060


Divena Cook
7451 Crescent Ave.
Buena Park, CA 90620


Dominga Dimson
8042 San Huerta Circle
Buena Park, CA 90620


Donnalee Behan
1202 E. Turin Avenue
Anaheim, CA 92805


Dr. Pravin Shaw, Inc.
11301 Spectrum Avenue
Irvine, CA 92618


Dr. Robert C. Amster
32 Drakes Bay Drive
Corona Del Mar, CA 92625


Edgar Baruch
606 Cypress Ave.
Santa Ana, CA 92701


Edwin Bagric
8261 Sparrow Lane
La Palma, CA 90623

Electronic Network Systems
Dept 1078
Denver, CO 80256


Elizabeth Levin, M.D.
1011 4th Street Apt. 311
Santa Monica, CA 90403


Eric Hargis
416 Santa Barbara
Irvine, CA 92606


Erica Mazariego
3250 W Orange Ave. Apt. 18
Anaheim, CA 92804


Exchange Bank
PO Box 760
Santa Rosa, CA 95402-0760


Experience Janitorial Service
12931 Main Street
Gardon Grove, CA 92840


F.M. Medical, Inc.
26712 Sierra Vista
Mission Viejo, CA 92692


Family Choice Medical Group, Inc.
c/o Cap Management Systems, Inc.
15821 Ventura Blvd., Suite 600
Encino, CA 91436

Farzin Mohtadi
26712 Sierra Vista
Mission Viejo, CA 92692


Faye Amster
32 Drakes Bay Drive
Corona Del Mar, CA 92625


Fire Doctor Extinguisher Company
13656 #B Red Hill Avenue
Tustin, CA 92780


First Choice Health Care
2010 Wilshire Blvd., Ste. 900
Los Angeles, CA 90057


Fountain Valley IPA
818 W. 7th Street Suite 930
Los Angeles, CA 90017


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511


Freedom Imaging, Inc.
1401 Ball Rd., Suite E
Anaheim, CA 92805


Freedom Imaging, Inc.
1401 Ball Road Suite E
Anaheim, CA 92805

Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274-0407


Garden Grove Chamber of Commerce
12866 Main Street, Ste 102
Garden Grove, CA 92840


Gene M. Montealegre
2895 Baltic Avenue
Long Beach, CA 90810


Genevieve Corsino
9618 Amberwick Circle
Cypress, CA 90630


George Soliman, MD
625 Payette Circle
Corona, CA 92881


Gino Llerena
10328 Carlotta Avenue
Buena Park, CA 90620-4508


Gloria Harrington
6782 Vanguard Avenue
Garden Grove, CA 92845


GRaM X-RAY, Inc
7350 Melrose Street
Buena Park, CA 90621

Greater Newport Physicians
330 Placentia Ave.
Newport Beach, CA 92663


Guadalupe Huerta
7944 Adams Way
Buena Park, CA 90620


Guang Gao
19609 Sabrina Ct
Cerritos, CA 90703


Hall & Company
111 Pacifica, Ste. 300
Irvine, CA 92618


Harbor Building Maintenance, Inc
20042 Harbor Isle Lane
Huntington Beach, CA 92646


Harris Medical Associates
1180 Satellite Blvd.
Suite 200
Suwanee, GA 30024


Harris Medical Associates
1180 Satellite Blvd., Ste. 200
Suwanee, GA 30024


Health EOS (EOS USA Headquarters)
10971 Sun Center Drive
Rancho Cordova, CA 95670

Health Net
21650 Oxnard St.
Woodland Hills, CA 91367


Healthcare Partners
2175 Park Place
El Segundo, CA 90245


HealthCare Partners Affiliates
Attn: Executive Medical Director
19191 South Vermont Avenue, 2nd Fl
Torrance, CA 90502


Hector Hernandez
18532 10th Street
Bloomington, CA 92316


Helder Da Silva
18017 Grayland Ave.
Artesia, CA 90701-4215


Helen Odisho
10132 Flanner Ave.
Garden Grove, CA 92840


HemoCue, Inc.
PO Box 951741
Dallas, TX 75395-1741


Highland Capital Corporation
PO Box 1224
Little Falls, NJ 07424-8224

Hiram Sepulveda
10699 Charles Cir.
Cypress, CA 90630-4905


HMWC CPAs & Business Advisors
17501 East 17th St, Ste 100
Tustin, CA 92780-7924


Humana Choicecare
500 W. Main Street
Louisville, KY 40202


Idearc Media LLC ATTN: ACCT RECEIVABLE D
PO BOX 619009
DFW Airport, TX 75261-9009


Infinite Health Care of Orange County
11 Eastwind Drive
Buena Park, CA 90621


Integrity Healthcare Locums, LLC
P.O. Box 823424
Philadelphia, PA 19182-3424


Integrity Healthcare Locums, LLC
PO Box 823424
Philadelphia, PA 19182-3424


Interim Physicians
PO Box 679139
Dallas, TX 75267

J1 MAC - Palmetto GBA Part B Account Rec
PO Box 250
Augusta, GA 30903-0250


Jack Hokanson Electric
33251 Marina Vista Drive
Dana Point, CA 92629


Jack Vu, MD
39 Calvados
Newport Coast, CA 92657


Janeth Quintero
1331 W Cameron St.
Long Beach, CA 90810


Janne Michel
4091 E De Ora Way
Long Beach, CA 90815-2606


Javaid Noorzad, DO
36023 Perkins Street
Fremont, CA 94536


Jeffrey Sudeith
1 Rapallo
Irvine, CA 92414


Jennifer Amster
822 E. Lomita Avenue
Orange, CA 92867

Jennifer Doumas
6621 MacArthur Drive
Lemon Grove, CA 91945-1340


Jillian Harfouche
1109 3/4 Seal Way
Seal Beach, CA 90740


Jillian Piper
2942 North Sandy Beach Drive
Bay City, MI 48706


Jim Seraj
24881 Alicia Parkway, #E253
Laguna Hills, CA 92653


Jina Shamoun
8952 Joyzelle Dr.
Garden Grove, CA 92841


John Melendez
4542 Ostrom Ave.
Lakewood, CA 90713


John P. Anderson, MD, Inc.
4812 Oceanridge Dr.
Huntington Beach, CA 92649


John Stevens
5852 Newman Street
Cypress, CA 90630

Johnson, Morgan & White Trust  Account
6800 Broken Sound Parkway NW Ste. 201
Boca Raton, FL 33487


Joline Tilly
340 Ashton Drive
Laguna Beach, CA 92651


Jonathan Sorci, M.D.
33 Carriage Hill Lane
Laguna Hills, CA 92653


Jorge Contreras
3419 Danbrook Avenue, Apt 3
Anaheim, CA 92804


Joseph Eldridge
6383 Bataan St.
Cypress, CA 90630


Joyce Padua
2100 E. Katella Ave., #255
Anaheim, CA 92806


Juan Pardo
1244 East Romneya Drive
Anaheim, CA 92805


Julie Hunter
9766 Spruce Ct.
Long Beach, CA 90630

Just In Time Plumbing
683 Congress Street
Costa Mesa, CA 92627


Kahesha Franklin, MD
6316 City Lights Drive
Aliso Viejo, CA 92656


Karl Schneider
9292 Pacific Ave.
Anaheim, CA 92804


Katherine Oh
18903 Alfred Avenue
Cerritos, CA 90703


Kathleen Flanagan
3021 Kallin Ave.
Long Beach, CA 90808-4202


Kendall & Davis
3668 S. Geyer Road, Suite 100
Saint Louis, MO 63127


Kenneth Staeck
2260 Cochran Springs Road
Ohatchee, AL 36271


Kerrill Minor
2130 W Cresent Ave. Apt 2007
Anaheim, CA 92801

Kevin Hartley
1240 E. Ontario Ave., Suite 102-170
Corona, CA 92881


Kims Consults c/o David Bowman
26701 Brandon
Mission Viejo, CA 92692


Kirsten Fick
8 Malaquita
Coto De Caza, CA 92679


Kristen Walsh
Walsh Consulting, Inc.
46 Serenity
Irvine, CA 92618


Kumar Gandhi
24631 Acropolos Dr.
Mission Viejo, CA 92691


Kylee Lucas
1330 East Balsam
Anaheim, CA 92805


LAACC
3231 Katella Avenue
Los Alamitos, CA 90720


Laguna Dana Urgent Care Inc.
24060 Camino Del Avion
Dana Point, CA 92629

Lakewood IPA
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Lakewood Lock and Key
PO Box 3458
Lakewood, CA 90711


Larinda Kotani
4251 Jade Avenue
Cypress, CA 90630


Larry Galvan
5508 Stevely Ave.
Lakewood, CA 90712


Lauren Trainor
9882 Big Sur Dr.
Huntington Beach, CA 92646


Leisure World Medical Group, Inc.
Attn: John M Kirk
17777 Center Court Dr., Suite 400
Cerritos, CA 90703


Lexus Financial Services
PO Box 60116
City of Industry, CA 91716-0116


Lisa Christensen
7208 E. Premium Street
Long Beach, CA 90808

Lori Strawn
1401 Reisig Road
Saginaw, MI 48604


Lory Armijo
4121 Howard Avenue
Los Alamitos, CA 90720


Lory Paredes
PO Box 23
Stanton, CA 90680


Los Alamitos IPA
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712


Los Angeles Magazine
PO Box 421929
Palm Coast, FL 32142-1929


Lovrina Castillo
5844 Apia Dr.
Cypress, CA 90630


Manuel Garcia
7124 Stanton Ave.
Buena Park, CA 90621


Marc Stretten, MD Riverside Medical Corp
500 W Graham Ave. #81
Lake Elsinore, CA 92531

Marcela Rangel
PO Box 4608
Downey, CA 90241


MAria Victoria Manio
11233 Pinecone St.
Corona, CA 92883


Marie Arendt
1556 W. Harriet Ln.
Anaheim, CA 92802


Marilyn Egler
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Marissa Munoz
2020 W. Alameda Avenue, Apt. 16
Anaheim, CA 92801


Marvin C Prichard, MD
425 Panama Ave.
Long Beach, CA 90814


Mary Castro
5721 Lulow Ave.
Garden Grove, CA 92845


Matthew Abinante, DO, MPH
613 Amber Drive
Huntington Beach, CA 92648

Medi-Cal
820 Stillwater Road
West Sacramento, CA 95605


Medical Board of California
2005 Evergreen Street Suite 1200
Sacramento, CA 95815


Medicare
440 E. Middlefield Road
Mountain View, CA 94043


Medline
Dept. LA 21558
Pasadena, CA 91185


Mehrdad Salimkhanian, A Professional Cor
27380 Morro Drive
Mission Viejo, CA 92692


Memorial Care
17360 Brookhurst St., #160
Fountain Valley, CA 92708


Meridian Building Maintenance
4220 Park Newport Ste 410
Newport Beach, CA 92660


Mia Kotani
4251 Jade Ave
Cypress, CA 90630

Michelle Dobias
3438 Saturn Drive
Buena Park, CA 90620-3356


Minuteman Plumbing & Drain Services
PO Box 4983
Garden Grove, CA 92842


Mission Heritage
26800 Crown Valley Pkwy
Mission Viejo, CA 92691


Mission Hospital Affiliated Physici
26732 Crown Valley Parkway,
Ste. 261
Mission Viejo, CA 92691


Mission Recruiting, LLC
3020 Saturn Street, Ste. 201
Brea, CA 92821


MKH Electronics, Inc.
17421 Parker Drive
Tustin, CA 92780


Monarch HealthCare
Mail Station 16
11 Technology Drive
Irvine, CA 92618


Nahid Nazari
210 Lille Lane Unit #118
Newport Beach, CA 92663

Natasha Oliver
1805 Termino Avenue, #3201
Long Beach, CA 90815


Newport Business Interiors
4100 Campus Dr Ste 150
Newport Beach, CA 92660


Newport Healthcare Center LLC
One Hoag Drive
PO Box 6100
Newport Beach, CA 92658-6100


Newport Healthcare Center LLC
Attention: Sandy Smith
One Hoag Drive
P.O. Box 6100
Newport Beach, CA 92658-6100


Nicastro & Associates, P.C.
2 Park Plaza, Suite 650
Irvine, CA 92614


Nicastro & Associates, PC
2 Park Plaza, Suite 650
Irvine, CA 92614


Nicole Marie Chuanico
7545 Katella Ave Apt #1
Stanton, CA 90680


Noble AMA IPA
P.O. Box 4909
Oceanside, CA 92052

Noble Mid Orange Co
P.O. Box 4909
Oceanside, CA 92052


Noble of Mid OC
PO Box 6301
Cypress, CA 90630


Norma Padilla
1131 Euclid Avenue
Long Beach, CA 90804


Nour and Oraha Medical Corporation
17 Collingwood
Aliso Viejo, CA 92656


Nuestra Familia Medical Group
10780 Santa Mnica Blvd.
Los Angeles, CA 90025


OCPIPA (Healthsmart Management Serv
20411 SW Birch St., Ste. 200
Newport Beach, CA 92660


Olga Vidmar
406 Kleiner Court
Cheswick, PA 15024


Opus Bank
19900 MacArthur Boulevard
12th Floor
Irvine, CA 92612

Opus Bank
19900 MacArthur Boulevard,
12th Floor
Irvine, CA 92612


Opus Bank
1000 Wilshire Blvd., Suite 1500
Attn: Barry Smith
Los Angeles, CA 90017-2457


Opus Bank
Attention: Barry Smith
1000 Wilshire Boulevard, Suite 1500
12th Floor
Los Angeles, CA 90017-2457


Orange County Health Care Agency
Environmental Health
1241 East Dyer Road, Suite 120
Santa Ana, CA 92705


Orange County Register Communications
PO Box 7154
Pasadena, CA 91109-7154


Orange County Treasurer - Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


Pacific Care Health System
5701 Katella Ave
Cypress, CA 90630


Pacific Enterprise Bank
17748 Skypark Circle, #100
Irvine, CA 92614

Pacific Payroll
25521 Earhart Rd.
Laguna Hills, CA 92653


Pacifica Enterprise Bank
17748 Skypark Circle, #100
Irvine, CA 92614


Paul J Molinaro, MD, JD
4160 Temescal Canyon Road Suite 306
Corona, CA 92883


PDRx Pharmaceuticals, Inc.
P.O. Box 960149
Oklahoma City, OK 73196


PDRx Pharmaceuticals, Inc.
PO Box 960149
Oklahoma City, OK 73196


Perez Building Services
3166 Bonita Road Unit 131
Chula Vista, CA 91910


Peribios, Inc. c/o Jeanette Segal, MD
PO Box 344
San Marcos, CA 92079


Perry B. Sheidayi, DO
39 Bonita Vista
Foothill Ranch, CA 92610

Physicians Healthways (Central Heal
1055 Park View Dr.
Covina, CA 91724


Pioneer
17777 Center Court Drive, Suite 400
Cerritos, CA 90703


Pitney Bowes Inc
PO BOX 856390
Louisville, KY 40285-6390


Polly Prince
6331 Pickett Ave.
Garden Grove, CA 92845


Precise Data
Attention: Joe Gaglio, CPA
16512 Burke Lane
Huntington Beach, CA 92647


Precise Data
16512 Burke Lane
Attn: Joe Gaglio, CPA
Huntington Beach, CA 92647


Preferred Pharmaceuticals
1250 N Lakeview Ave Unit O
Anaheim, CA 92807


Preferred Property Maintenance
5 Holland Bldg. 123
Irvine, CA 92618

Promesa Health
1100 S. San Pedro St.
Suite D05
Los Angeles, CA 90015

Prospect Medical Group
400 Corporate Pointe
Culver City, CA 90230

ProTraninings
6452 E. Fulton St. #1
Ada, MI 49301

Provide Locum Tenens
7460 Warren Pkwy, #100
Frisco, TX 75034

Provider Healthcare, LLC
4252 South Highland Drive
Suite 104
Salt Lake City, UT 84124

Provider Healthcare, LLC
4252 South Highland Dr., Suite 104
Salt Lake City, UT 84124

PSS World Medical, Inc.
P.O. Box 749499
Los Angeles, CA 90074-9499

Rabina Shaheen
19451 Cleveland Bay Lane
Yorba Linda, CA 92886

Radiant Physician Group, Inc.
18231 Irvine Blvd., Ste. 204
Tustin, CA 92780


Radiation Detection Company, Inc.
3527 Snead Drive
Georgetown, TX 78626


Ramon Rivera
3529 Marzo Street
San Diego, CA 92154


Randy Blassingame
6295 Marcella Way
Buena Park, CA 90620


Ranya Alexander
13205 Denara Rd.
San Diego, CA 92130


Raza Mehdi
1142 Klose Lane
Fullerton, CA 92833


Razan Ammari
2074 El Arbolita Drive
Glendale, CA 91208


Regal Medical Group
P.O. Box 371330
Reseda, CA 91337

Rescue Rooter
740 N. Hariton Street
Orange, CA 92868


Reserve Account
PO Box 856056
Louisville, KY 40285-6056


Rhino Medical Services
P.O. Box 16253
Greenville, SC 29606


Richard A. Crandall III
6523 Via Fresco
Anaheim Hills, CA 92807


Richard Barron
12352 Delta St.
Garden Grove, CA 92840-3553


Robila Ashfaq, MD, Inc
20 Dinuba
Irvine, CA 92602


Rubin Lin
10212 Monaco Drive
Rancho Cucamonga, CA 91737


Rx Security
1200 N. Federal Hwy.
Suite 200, #50-126
Boca Raton, FL 33432

RX Security
1200 N. Federal Hwy
Suite 200#50-126
Boca Raton, FL 33432


Ryan Baker
16829 Hayter Ave.
Bellflower, CA 90706


Sae Oh
21209 Bloomfield Apt 11
Lakewood, CA 90715


Scott Gates
28546 Paseo Diana
San Juan Capistrano, CA 92675


Scott Slotkin
26741 Portola Pkwy, Ste 1E-139
Foothill Ranch, CA 92610


Sign Specialists Corporation
111 W. Dyer Road, Unit F
Santa Ana, CA 92707


Singer Lewak
10960 Wilshire Blvd., 7th Floor
Los Angeles, CA 90024


Southern California Edison
PO Box 300
Rosemead, CA 91772

Spectrum Fire Protection
1330 E. Orangethrope Avenue
Attn: Christina San Martin
Fullerton, CA 92831


Spectum Fire Protection
Attention: Christina San Martin
1330 E. Orangethorpe Ave.
Fullerton, CA 92831


St. Joseph Health System
3345 Michelson Drive, Suite 100
Attn: Tara Cowell, Esq.
Irvine, CA 92612


St. Joseph Health System
Attention: Tara Cowell, Esq.
3345 Michelson Drive, Suite 100
Irvine, CA 92612


St. Joseph Hospital Affiliated
279 Imperial Hwy, #710
Fullerton, CA 92835


St. Jude Heritage
12942 Harbor Blvd.
Garden Grove, CA 92840


St. Mary IPA
4909 Lakewood Blvd., Suite 200
Artesia, CA 90702


Stapleton Group
David Stapleton
515 So. Flower St., 36th Floor
Los Angeles, CA 90071

Stapleton Group/David Stapleton
545 S. Flower Street, 36th Floor
Los Angeles, CA 90071


Starcare  Medical Group
1920 E. 17th Street, Suite 200
Santa Ana, CA 92705


Stout Plumbing, Inc.
5929 E. Bluebonnet Ct.
Orange, CA 92869


SunBrewer Partners, LP
PO Box 848520
Los Angeles, CA 90084-8520


Susan B Strodtbeck, MD
118 San Jose Lane
Placentia, CA 92870


Suzanne Price
6524 Teakwood Street
Cypress, CA 90630


Talbert Medical Group
1665 Scenic Ave Ste 100
Costa Mesa, CA 92626


Talbert Medical Group/Healthcare P
1665 Scenic Ave.
Costa Mesa, CA 92626

Tama Construction, Inc.
12 Hughes, Suite D-104
Irvine, CA 92618


Tehmina Khan
29422 Indian Valley Road
Rancho Palos Verdes, CA 90275


The Gas Company
P.O. Box C
Monterey Park, CA 91756


The Gas Company
PO Box C
Monterey Park, CA 91756


The New Answernet
4778 Dewey Drive
Fair Oaks, CA 95628-4401


Thermal Combustion Innovators, Inc.
241 W. Laurel Street
Colton, CA 92324


Three Rivers
910 Hale Place
Chula Vista, CA 91914


Tim Reimers, Esq.
2049 Century Park East, Suite 2900
Los Angeles, CA 90067

Tochukwu Onyekwuluje, M.D.
125 Rockview
Irvine, CA 92612


Tomi Walker
6331 Amy Ave.
Garden Grove, CA 92845


Tommy Lopez
3832 Chatwin Avenue
Long Beach, CA 90808


Total Body Healthcare, Inc.
1057 East Imperial Highway Suite 614
Placentia, CA 92870


Transmetron, Inc
1725 S. 1700 E.
Salt Lake City, UT 84108


Trexpo, Inc
PO Box 940393
Simi Valley, CA 93094-0393


Tricare
270 32nd Street
San Diego, CA 92102


Tuan Phan
10856 La Fonda Circle
Fountain Valley, CA 92708

U.S. Bancorp
1550 American Blvd. E
Suite 450
Minneapolis, MN 55425


U.S. Bancorp
1550 America Blvd E, Suite 450
Minneapolis, MN 55425


United Care Medical Group, Inc.
600 City Parkway West
Orange, CA 92868


United Health Care
14980 Sand Canyon Avenue
Irvine, CA 92618


United States Treasury Department of the
Ogden, UT 84201-0039


Vantage
2115 Compton Ave, Suite 300
Corona, CA 92881


VAST Integration
834 Desert Calico Dr.
Lancaster, CA 93534


Verizon
PO Box 920041
Dallas, TX 75392-0041

Virginia Bailey
5531 Lime Ave.
Cypress, CA 90630-3101


Wanda Luckey
7130 Shoreline Drive Apt. 1208
San Diego, CA 92122


Warland Investments Company
Attn: Carl W. Robertson
John C. Law, Co-Managing Directors
1299 Ocean Avenue, Suite 300
Santa Monica, CA 90401


Warland Investments Company
1299 Ocean Ave, Ste 300
Santa Monica, CA 90401


Wendee Bruner
10452 Sande St.
Cypress, CA 90630


Whitaker Medical, LLC
File 50834
Los Angeles, CA 90074


Whitaker Medical, LLC File 50834
Los Angeles, CA 90074


William Petras
5034 34th Street
San Diego, CA 92116

Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361


Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361


Your Neighborhood Urgent Care, LLC
P.O. Box 8979
Newport Beach, CA 92658


Zahraa Issa
6663 Teakwood Street
Cypress, CA 90630


Zhou Gang
1825 Canyon Park C
Twin Falls, ID 83301-3094